UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALIOUS EARL CYPRIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA HEALTH CARE FACILITY, et al.,<br><br>　　　　　Defendants. | Case No. 22-cv-01365-JSC<br><br>**ORDER OF DISMISSAL** |

On March 7, 2022, the Clerk opened this matter based upon a letter received from Plaintiff complaining about the conditions of his confinement. On the same day, the Clerk notified Plaintiff that he had neither paid the filing fee nor completed an application to proceed in forma pauperis ("IFP"), and that he must file his claims in a Complaint. The Clerk mailed Plaintiff the Court's IFP application and form Complaint along with the deficiency notices, as well as a stamped return envelope and instructions for completing the forms. The notice informed him that the case would be dismissed if he did not file a Complaint and either pay the filing fee or file a completed IFP application within 28 days. Plaintiff responded by filing a new letter in which he states that he did not intend to file a new action.[1] (ECF No. 5.) Accordingly, this case is DISMISSED as

---

[1] Plaintiff states that he intended for his original letter to go to the Court's "panel" that oversees settled prison-conditions cases. There is no such panel. There are receivers overseeing consent decrees in certain prison-conditions cases, but it is not readily apparent from Plaintiff's letter which receiver may be able to address his concerns. In any event, Plaintiff must send his letter

1  inadvertently opened, and no filing fee is due.

2  The Clerk shall enter judgment and close the file.

3  **IT IS SO ORDERED.**

4  Dated: April 15, 2022

JACQUELINE SCOTT CORLEY
United States District Judge

---

28  directly to the receiver, not to the Court.

2